| | |
|---|---|
| *Attorney or Party without Attorney:*<br>NEBLETT, BEARD & ARSENAULT<br>2220 BONAVENTURE COURT<br>ALEXANDRIA, LA 71309<br>*Telephone No:* 318-487-9874  *FAX No:* 318-561-2591<br><br>*Attorney for:* Plaintiff | *For Court Use Only* |

*Ref. No. or File No.:*

*Insert name of Court, and Judicial District and Branch Court:*
United States District Court, Northern District Of California

*Plaintiff:* GARY W. BROWN, et al.
*Defendant:* PFIZER, INC., et al.

| **PROOF OF SERVICE**<br>**SUMMONS & COMPLAINT** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>CV 08 1749 |
|---|---|---|---|---|

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the SUMMONS & COMPLAINT

3. a. *Party served:*           PFIZER, INC.-C/O C.T. CORPORATION SYSTEM, AGENT
   b. *Person served:*         MARGARET WILSON-PROCESS SPECIALIST

4. *Address where the party was served:*     818 WEST SEVENTH STREET
                                                               LOS ANGELES, CA 90017

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Wed., Apr. 16, 2008 (2) at: 11:04AM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   *on behalf of:* PFIZER, INC.-C/O C.T. CORPORATION SYSTEM, AGENT
   Under CCP 416.10 (corporation)

7. **Person Who Served Papers:**                                  Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. BENON DEMIRCHYAN                    d. *The Fee for Service was:*   $75.00
   b. **COUNTRYWIDE PROCESS, LLC**       e. I am: (3) registered California process server
       5437 LAUREL CANYON BLVD. #112             *(i)*   Independent Contractor
       VALLEY VILLAGE, CA 91607                   *(ii)*  Registration No.:     3929
   c. (818) 980-7378, FAX (818) 980-5358          *(iii)* County:             Los Angeles
                                                             *(iv)* Expiration Date:    Sat, Jun. 07, 2008

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date: Wed, Apr. 16, 2008

                                                                (BENON DEMIRCHYAN)

Judicial Council Form POS-010              **PROOF OF SERVICE**
Rule 2.150.(a)&(b) Rev January 1, 2007     **SUMMONS & COMPLAINT**                                                    *200864619.nebars.65533*